UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANDREA CRAWFORD,

    Plaintiff,

v.

GRAHAM HOLDINGS COMPANY LONG TERM DISABILITY PLAN, et al.,

    Defendants.

Case No. 15-cv-01477-BLF

**CASE MANAGEMENT ORDER**

On 07/23/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | Parties to Stipulate |
| Last Day to Disclose Experts | Parties to Stipulate |
| Fact Discovery Cut-Off | Parties to Stipulate |
| Expert Discovery Cut-Off | Parties to Stipulate |
| Last Day to Hear Dispositive Motions | 09/15/2016 at 9:00 am |
| Final Pretrial Conference | 11/17/2016 at 1:30 |
| Trial | 12/12/2016 at 9:00 am |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the Parties are to meet, confer, and file a stipulated
6 proposed schedule regarding dates and deadlines to trial by 08/07/2015.

Dated:  07/23/2015

_____
BETH LABSON FREEMAN
United States District Judge